motion for leave to file petition for writ of habeas corpus is denied.

No. 498. STEWART v. JOHNSTON.  See post, p. 677.

No. 255. RODDEWIG, CHAIRMAN, ET AL. v. SEARS, ROEBUCK & Co.; and
No. 256. RODDEWIG, CHAIRMAN, ET AL. v. MONTGOMERY WARD & Co., INC. January 13, 1941. State Tax Commission and Fred W. Nelson, present Chairman of the State Tax Commission, substituted as parties petitioners in the place and stead of Iowa State Board of Assessment and Review and Louis E. Roddewig, on motion of Mr. John E. Mulroney for the petitioners.

No. 315.  EVANS v. UNITED STATES.

January 20, 1941.  Per Curiam: On consideration of the stipulation between counsel for the petitioner and the Solicitor General, the orders of the Circuit Court of Appeals dismissing the appeal and denying petitioner's motions to be furnished with a transcript of the record, for an extension of time within which to file a transcript of the record on appeal, and to remand the cause to the District Court for the purpose of permitting him to present a motion for a new trial on the ground of newly discovered evidence, are vacated. The cause is remanded to the Circuit Court of Appeals with directions to grant the petitioner reasonable extensions of time for the perfection of his appeal and to reconsider the motion to remand when the court shall have before it a transcript of the evidence. It is ordered that the mandate issue forthwith. *Everett Ault Evans, pro se,* and *Mr. Richard H. Wels* for petitioner. *Solicitor Gen-*

*eral Biddle, Assistant Attorney General Rogge,* and *Mr. William W. Barron* for the United States.